IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JASON YOUNGBLOOD, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv299-MHT |
| | ) | (WO) |
| CITY OF TROY, ALABAMA, | ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Troy, Alabama's motion for summary judgment (doc. no. 18) is granted.

(2) Judgment is entered in favor of defendant City of Troy, Alabama and against plaintiff Christopher Jason Youngblood, with plaintiff Youngblood taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Youngblood, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 3rd day of August, 2015.**

                                          /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**